IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_Dallas_ DIVISION

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 29 1999
NANCY DOHERTY, CLERK
By_____ Deputy

JAMAL ELHAJ-CHEHADE §
Plaintiff §
§
v. §    Civil Action No:
ECFMG et al (ECFMG/USMLE or §
educational commission for Foreign Medical §    3 99 - CV0680 - D
Graduates - entities & individuals §
Defendants §

## COMPLAINT

Come now, plaintiff, JAMAL ELHAJ-CHEHADE, assert and bases his complaint in part on the case 3:98-CV-1622-P - pending in this court, as this case is against the Party B-defendants in the mentioned case that the plaintiff requested to add but never been approved yet.

The plaintiff has a case against UTSW et al (abbreviated) whose attorney Mr. Terence Thompson, told the plaintiff in the deposition taken on Sept 21-1998 that the above named defendants ECFMG et al (for short) - did publish some material about me and about other people from similar background - that had resulted in the plaintiff being denied admission and access to an internship position to get his U.S. license as a Medical Doctor and serve his community. This is not the only incident that the ECFMG (et al) had committed an act of aggression against me - in the past, repeated attempts were committed - detailed information will be available to the court as needed and if deemed necessary.

The results of such actions of deliberate negligence, and racketeer influenced with the purpose of retaliation are: the destruction of health (life), liberty and property of the plaintiff - plaintiff is Dallas resident; He took examination administered by the defendant ECFMG in Dallas center and acts of violations included the area of Dallas Texas, and this court does have the jurisdiction over it.

Plaintiff is demanding:
injunction relief &
Jury demand
(see attached page
stated rule 8(a) for plaintiff's
statement

Dated, this ___ day of _____, ____

Signature    JAMAL ELHAJ-CHEHADE
Print Name   JAMAL ELHAJ-CHEHADE
Address      5414-Cedar Springs #806
             Dallas TX 75235
Telephone    214-521-7541

**United States District Court**
**Northern District of Texas**

**Federal Rules of Civil Procedure**
**Rule 8 (a)**

**Rule 8.**   **General Rules of Pleadings**

**(a)**   Claims for Relief. A pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim shall contain **(1)** a short and plain statement of the grounds upon which the Court's jurisdiction depends, unless the Court already has jurisdictions and the claim needs no new grounds of jurisdiction to support it, **(2)** a short and plain statement of the claim showing that the pleader is entitled to relief, and **(3)** a demand for judgement for the relief to which he deems himself entitled. Relief in the alternative or of several different types may be demanded.

The plaintiff is entitled for relief - He is a resident of Dallas, the defendants violated (deliberately and negligently) his rights and retaliated against him in collaboration with other parties - This court does have a jurisdiction based on plaintiff residence and places of violations took place or Examination Center (by ECFMG) - The plaintiff's life had been dramatically affected by such retaliation to the point that he did not lose only his career as a doctor but also affected his status and more important his health and well being -

plaintiff is entitled to injunction relief ; stop the retaliation, compensation and punitive damages - as well as exemplary damages in the form of yearly income as a medical doctor (the plaintiff's profession) until the plaintiff is licensed - to expedite the ending of the retaliation by the defendants against the plaintiff - Jury demanded -

- see also 3:98-CV-1622-P - in this court.

March 27 - 1999.

Respectfully submitted
plaintiff : JAMAL ELHAJ-CHEHADE