IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE,<br>　　　　Plaintiff,<br>vs.<br>THE EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>　　　　Defendant. | )<br>)<br>)　CA 3:99-CV-0680-D<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEFICIENCY AND ORDER

Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiencies appear:

(X)   Complaint is not in compliance with Federal Rule of Civil Procedure 8(a).
**After reading plaintiff's complaint, the undersigned finds that it is confusing. Specifically, the complaint does not include (1) "a short and plain statement of the grounds upon which the court's jurisdiction depends and (2) "a short and plain statement of the claim showing that the pleader is entitled to relief."**

( )   Signature of the attorney of record or each party proceeding *pro se* is required on each pleading, motion or other paper filed by that party. (See Federal Rule of Civil Procedure 11). Plaintiff(s) must submit a new and properly signed:  ( ) complaint.       ( ) request to proceed *in forma pauperis*.

( )   A filing fee has not been paid nor has a request to proceed *in forma pauperis* been submitted.

(X)   The submitted request to proceed in forma pauperis provides insufficient information to determine whether in forma pauperis status is appropriate. (District Court's request form - Question(s) No. ____ ).
**Plaintiff should complete the enclosed Affidavit in Support of Request to Proceed In Forma Pauperis**

**The Clerk of the Court shall take the following indicated action:**

(X)   A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record. No further process shall issue except upon further order of the Court.

(X)   A form application to proceed *in forma pauperis* shall be mailed to each plaintiff.

(X)   A copy of Federal Rule of Civil Procedure 8 shall be mailed to each plaintiff.

It is hereby **ORDERED** that plaintiff(s) shall cure each aforementioned deficiency within twenty (20) days of the date of this order. Failure to comply with this order will result in a recommendation that the complaint be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED this ____ day of May, 1999.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE