*ORIGINAL*

# UNITED STATES DISTRICT COURT
## Northern District of Texas

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**AUG - 3 1999**

### ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case. The Clerk is hereby directed to unfile and return this document to the party who filed it.

_August 3, 1999_
**DATE**

_[signature]_
**JUDICIAL OFFICER**

### NOTICE OF DEFICIENCY

**Nancy Doherty**
*Clerk of Court*

Judge: __Fitzwater__ Date: __08-02-99__
Case Number: __3:99-CV-680-D__ Plaintiff: __Dr. Jamal Elhaj-Chehade__
Deputy Clerk: __Lori Greco__ Telephone Number: __753-2180__

* * * * * * * * * * * * *

A(n) __motion/Request to maintain active this case__ has been filed by __pla Elhaj-Chehade__ and is considered deficient in the areas(s) noted below:

1. \_\_\_ A summons must be filed with the complaint. See LR 3.1(b).
2. \_\_\_ A civil cover sheet must be filed with the complaint. See LR 3.1(c).
3. \_\_\_ The document(s) must be in proper form. See LR 10.1.
4. \_\_\_ The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11.
5. \_\_\_ A completed certificate of service as defined in F.R.C.P. 5(d) is required.
6. \_\_\_ Each separate document contained therein must be identified. See LR 5.1(c).
7. ✓ The motion must comply with LR 7.1 by including:
   a. \_\_\_ certificate of conference or inability to confer
   b. ✓ brief in support of motion (maximum of 25 pages)
   c. \_\_\_ proposed order
   d. \_\_\_ copy of the proposed amended pleading with motion for leave to amend
8. \_\_\_ A motion for continuance must be signed by the party as well as by the attorney of record. See LR 40.1.
9. \_\_\_ Any out-of-district attorney applying for *pro hac vice* status must affirm in writing that he/she has read and will comply with Dondi Props. Corp. v. Commerce Sav. & Loan Ass'n, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules. See LR 83.9(b).
10. \_\_\_ Additional copies are required. See LR 5.1(b).
11. \_\_\_ The attorney filing the pleading is not admitted to practice in this district. See LR 83.7.
12. \_\_\_ Other_____

m:\data\wp\files\forms\intake\deficie.ncy - 7/97

**ENTERED ON DOCKET**
**AUG - 4 1999**
**U.S. DISTRICT CLERK'S OFFICE**

10

In the United States District Court
for Northern District of Texas - Dallas Division
Case 3:99-cv-00680 Document 10 Filed 08/03/99 Page 2 of 2 PageID 5

ORIGINAL

DR JAMAL ELHAJ-CHEHADE
(plaintiff)

vs.

The Educational Commission for
Foreign Medical Graduates (ECFMG/USMLE) - et al
- credentials department personnels - entities & individuals
3624 Market street - 4th floor.
Philadelphia, PA - 19104-2685
Fax 215-387-9963

FILED JUL 23 1999 NANCY DOHERTY CLERK By _____ Deputy

3:99CV-0680D

; plaintiff's request to maintain active this case
July 14-1999

This is the plaintiff request to keep this case file active and to inquire about the status of the previous requests and motions submitted by the plaintiff on or before May 24 - 1999.

Should the court require any document or inquiries, the plaintiff will be gladly submitting any reply or documentation as requested.

A copy of this will be mailed to the defendants once ruling on proceeding is done.

respectfully submitted
on July 15 - 1999

JAMAL ELHAJ-CHEHADE
(plaintiff).

JAMAL ELHAJ-CHEHADE
plaintiff.
(original)