IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDUCATIONAL COMMISSION FOR )<br>FOREIGN MEDICAL GRADUATES, )<br>Defendant. ) | 3:99-CV-0680-D |

**ORDER PERMITTING PROCEEDING IN THE DISTRICT COURT
AND SPECIFYING FURTHER ACTION TO BE TAKEN BY THE CLERK**

Pursuant to the provision of 28 U.S.C. § 1915, permission is hereby granted for the above named plaintiff(s) to proceed *in forma pauperis* in this Court until judgment is entered herein.

**The Clerk of the Court shall take the following indicated action:**

(X)   A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record. No further process shall issue except upon further order of the Court.

( )    A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record and summons shall issue to the following defendants:

It is further **ORDERED** that, at all times during the pendency of this action, plaintiff(s) shall immediately notify the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS." The notice shall contain **only** information pertaining to the change of address and its effective date. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of the complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**After docketing, this action shall be:**

(X)   Referred to Magistrate Judge Jane J. Boyle, Jr. for further proceedings and/or findings and recommendation.

( )    Referred to a Judge of the District Court for further action as may be appropriate.

SIGNED this _20r_ day of _Aug_____, 1999.

UNITED STATES MAGISTRATE JUDGE

14