**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JAMAL ELHAJ-CHEHADE,** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 3:99-CV-0680-D |
| | § | |
| **EDUCATIONAL COMMISSION FOR** | § | |
| **FOREIGN MEDICAL GRADUATES,** | § | |
| Defendant. | § | |

### ORDER SPECIFYING FURTHER ACTION TO BE TAKEN

Pursuant to the provisions of 28 U.S.C. § 1915, permission has been previously granted for the above named plaintiff(s) to proceed *in forma pauperis* in this Court until judgment is entered herein.

**The Clerk of the Court shall take the following indicated action:**

( )  A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record. No further process shall issue except upon further order of the Court.

( X )  A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record and summons shall issue to the following defendant:

**Educational Commission For Foreign Medical Graduates**

**The United States Marshal Service shall take the following indicated action:**

( X )  Summons shall be served within thirty (30) days from the date of this order pursuant to Fed. R. Civ. P. 4(c).

It is further **ORDERED** that, at all times during the pendency of this action, plaintiff(s) shall immediately notify the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS." The notice shall contain **only** information pertaining to the change of address and its effective date. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of the complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**After docketing, this action shall be:**

( )  Referred to Magistrate Judge Boyle for further proceedings and/or findings and recommendation.

( X )  Referred to a Judge of the District Court for further action as may be appropriate.

SIGNED this ____ day of September, 1999.

_____
UNITED STATES MAGISTRATE JUDGE