IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 13 1999
NANCY DOHERTY, CLERK
By _____ Deputy

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:99-CV-0680-D |
| VS. § | |
| § | |
| ECFMG, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff's October 12, 1999 motion to expedite is denied. Plaintiff is also advised that the motion does not comply with several local rules of this court and that any future motions must in all respects comply with the local rules.

**SO ORDERED.**

October __13__, 1999.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

ENTERED ON DOCKET
OCT 1 4 1999
U.S. DISTRICT CLERK'S OFFICE