

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:99-CV-0680-D |
| VS. | § | |
| | § | |
| ECFMG, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff's November 2, 1999 unopposed motion for extension is granted. His response to defendants' motion for more definite statement must be filed no later than November 19, 1999.

**SO ORDERED**.

November __4__, 1999.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE