IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:99-CV-0680-D |
| VS. | § | |
| | § | |
| ECFMG, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants' October 25, 1999 motion for more definite statement is denied.

**SO ORDERED**.

December __8__, 1999.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

ENTERED ON DOCKET
DEC - 8 1999
U.S. DISTRICT CLERK'S OFFICE