IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:99-CV-0680-D |
| VS. | § | |
| | § | |
| ECFMG, et al., | § | |
| Defendants. | § | |

FILED FEB -3 2000 NANCY DOHERTY, CLERK By ___ Deputy — U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS — ENTERED ON DOCKET FEB - 4 2000 U.S. DISTRICT CLERK'S OFFICE

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case (including the trial) and order the entry of a final judgment.

| Party or Counsel of Record (please designate) | Date |
|---|---|
| plaintiff pro se DR Jamal Elhaj Chehade (Jury demanded) | JAN 28-2000 for December 7-1999 (previously signed) |
| ECFMG - defendant through attorney Susan Elliott Elisty | [signature] 31, 2000 |

**NOTE:** Return this form to the District Clerk only if it has been executed by all parties to the case.

### ORDER OF REASSIGNMENT

IT IS HEREBY ORDERED that the above-captioned matter be reassigned to United States Magistrate Judge **Jane J. Boyle** for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties.

DATED: February 3, 2000

_____
UNITED STATES DISTRICT JUDGE

32