IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | Civil No. 3:99-CV-0680-BC |
| | ) | |
| ECFMG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Before the Court is Plaintiff's **Motion to Extend Deadline of Motion to Amend Until May 1, 2000,** filed March 27, 2000. Plaintiff requests the Court to extend the deadline for filing an amended complaint from March 31, 2000 until May 1, 2000. Attached to the motion is a letter from the Defendants' counsel indicating that they are not opposed to Plaintiff's request. Accordingly, having considered the merits of the motion, it is **GRANTED.** The deadline for Plaintiff to file an amended complaint is extended until May 1, 2000.

SO ORDERED, March 31, 2000.

_____
JANE J. BOYLE
UNITED STATES MAGISTRATE JUDGE

38