# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## ORDER STRIKING/UNFILING PLEADING

MAY 18

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case. The Clerk is hereby directed to unfile and return this document to the party who filed it.

__5-18-00__  
DATE

_____  
JUDICIAL OFFICER

**ENTERED ON DOCKET**

## NOTICE OF DEFICIENCY

**MAY 18 2000**  
U S DISTRICT CLERK'S OFFICE

Judge: __Boyle__   Date: __5/17/00__

Case Number: __3:99-CV-0680-BC__   Plaintiff: __Jamal Elhaj-Chehade__

Deputy Clerk: _____   Telephone Number: _____

* * * * * * * * * * * * *

A(n) ~~The~~ __Notice + Questionnaire To Leave To Answer By The Defendants__ has been filed by __Plaintiff__ and is considered deficient in the areas(s) noted below:

____ 1. A civil cover sheet must be filed with the complaint. See LR 3.1(c).
____ 2. The document(s) must be in proper form. See LR 10.1.
____ 3  The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11.
____ 4. A completed certificate of service as defined in F.R.C.P 5(d) is required.
____ 5  Each separate document contained therein must be identified  See LR 5.1(c).
____ 6. The motion must include
    a. ____ certificate of conference or inability to confer   See LR 7.1(b).
    b. ____ brief in support of motion. See LR 7.1(d) or LR 56.5(a).
    c  ____ proposed order. See LR 7.1(c).
    d. ____ documentary or non-documentary evidence in a separate appendix. See LR 7.1(i) or LR 56.6(a).
____ 7. A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit and an original and second copy of the proposed pleading that is neither attached to the motion nor made an exhibit to the motion. See LR 15 1.
____ 8. A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record. See LR 40.1.
____ 9. An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee. See LR 83.9(b).
____ 10. Additional copies are required. See LR 5.1(b).
____ 11. The attorney filing the pleading is not admitted to practice in this district. See LR 83.7
✓ 12. Other __No Discovery Materials To Be Filed Per Local Rule 5.2(a)__.

ORIGINAL

DR JAMAL ELHAJ-CHEHADE
(plaintiff)

vs.

Educational Commission for Foreign Medical Graduates (ECFMG/USMLE) et al - Entities and individuals

(Defendants)

FILED
APR 17 2000
NANCY DOHERTY, CLERK
By _____ Deputy

3:99 CV-680 BC(D)

plaintiff's notice and questionnaire to leave to answer by the individuals of the defendants
April 14-2000

Comes now, on April 14-2000, this is the plaintiff first notice to this court regarding questionnaire to be answered by the ECFMG et al -

I
Introduction.

On April 7-2000, a deposition was taken between the parties named above at the defendants attorneys location at 4131 N. Central Expressway suite 680 Dallas Texas 75204. and contrary to the agreed decision taken by Ms Schwartz and the plaintiff during their first meeting last winter in the George Allen Building at 600 Commerce Dallas, Texas No individuals from either the ECFMG nor the UT southwestern Medical school were present, the plaintiff was never allowed to cross examin, nor allowed to ask questions, the plaintiff was repeatedly interrupted and was not allowed to complet the sentenses or the full answers, by the defendants attorneys - Mr. Jason Kipness and another one (I do not have his name, although I do know his face).

under such circumstances and pursuant to Federal rule FRCP 28, the plaintiff should move this case for summary Judgement, but not yet, the plaintiff decided to submit this preliminary questionnaire to be answered by the appropriate defendants of ECFMG, and this must not replace the future oral depositions.

II
Questionnaires

pursuant to any of the FRCP, 26, 28, 30, 32, 34, 36 - and 45. And other rules.

39