

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil No. 3:99-CV-0680-BC |
| | § | |
| ECFMG, | § | |
| | § | |
| Defendant. | § | |

ORDER

**ENTERED ON DOCKET**

**JUN 2 2 2000**

U.S. DISTRICT CLERK'S OFFICE

Before the Court is Plaintiff's **Motion to Compel Defendants**, filed June 14, 2000, and

Defendant's **Motion for Protective Order Barring the Oral Deposition of Dr. Nancy Gary**,

filed June 15, 2000.

A hearing on these matters has been scheduled for **July 6, 2000** at **2:00 p.m.** in

Magistrate's courtroom 15C40, 1100 Commerce, Dallas, Texas. Any responsive pleadings must

be timely filed in accordance with the local rules of this District. **An extra, file-stamped copy**

**of any pleadings shall be *hand-delivered* to this Court's office the same day that they are filed**

**with the Clerk of the Court.**

**Both sides, including any *pro se* parties, must attend the hearing. All parties must**

**confirm their attendance at least two days prior to the hearing by contacting Ms. Lisa**

**Martin at (214) 753-2167.** Failure to confirm and to attend the hearing without obtaining

permission of the Court will result in appropriate sanctions. Requests to reschedule the hearing

will be entertained but must be discussed with opposing counsel **prior to contacting the court.**

54

SO ORDERED.  June 20, 2000.

_____

JANE J. BOYLE
UNITED STATES MAGISTRATE JUDGE