ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



JAMAL ELHAJ-CHEHADE,                     §
                                         §
        Plaintiff,                       §
                                         §
V.                                       §        CIVIL ACTION NO.
                                         §        3:99-CV0680-BC
THE EDUCATIONAL COMMISSION FOR           §
FOREIGN MEDICAL GRADUATES, a/k/a         §
ECFMG or ECFMG/USMLE (Entities and       §
Individuals),                            §
                                         §
        Defendants.                      §

## ORDER

On July 6, 2000, the Court considered Defendant Educational Commission for Foreign Medical

Graduates' Motion for Protective Order Barring the Oral Deposition of Dr. Nancy Gary filed with the

Court on June 15, 2000 and Plaintiff Jamal Elhaj-Chehade's Motion To Compel Subpoena Duces

Tecum filed with the Court on June 14, 2000.  After considering both Motions, the Responses and the

arguments of the parties, the Court ORDERS the following:

1.    Defendant Educational Commission For Foreign Medical Graduates' Motion for

      Protective Order Barring the Oral Deposition of Dr. Nancy Gary is granted; and

2.    Defendant Educational Commission For Foreign Medical Graduates will provide the

      Plaintiff Jamal Elhaj Chehade with the cause number, location of the court, and style of

      the case concerning the litigation matter between ECFMG and Dr. Badin.

Signed this _____12th_____ day of ____July_____, 2000.

_____
JUDGE PRESIDING

58

APPROVED AND ENTRY REQUESTED:

HENSLEE, FOWLER, HEPWORTH & SCHWARTZ, L.L.P.

By:_____

     Susan Abbott Schwartz, Esq.
     State Bar No. 00797900
     Jason E. Kipness, Esq.
     State Bar No. 24007493

6688 N. Central Expressway, Suite 850
Dallas, Texas 75206
Telephone:    214/219-8833
Facsimile:    214/219-8866

ATTORNEYS FOR DEFENDANT
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

F \COMMON\35200\01\PLDGS\PROTECTORD ORD DOC