IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, ) | |
| Plaintiff/Appellant ) | |
| ) | |
| vs. ) | USDC 3:99-CV-0680-BC |
| ) | |
| EDUCATIONAL COMMISSION FOR ) | |
| FOREIGN MEDICAL GRADUATES, ) | |
| Defendant/Appellee ) | |

### ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

The motion for leave to proceed *in forma pauperis* on appeal is DENIED. Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the Court certifies that the appeal is not taken in good faith. The appeal presents no legal points of arguable merit and is therefore frivolous. The Court has entered no appealable final judgment in the case. Although the Court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), plaintiff may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days of the date of this Order.

SO ORDERED this 17T day of Aug., 2000.

UNITED STATES MAGISTRATE JUDGE

ENTERED ON DOCKET
AUG 18 2000
U S DISTRICT CLERK'S OF