

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, ) | |
| ) | |
| Plaintiff, ) | |
| V. ) | Civil No. 3:99-CV-0680-BC |
| ) | |
| THE EDUCATIONAL COMMISSION ) | |
| FOR FOREIGN MEDICAL GRADUATES, ) | |
| a/k/a ECFMG or ECFMG/USMLE ) | |
| (Entities and Individuals), ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court are Plaintiff's **Motions to "Consolidate the Proceedings"** and to **"Dissolve the Defendants Operations and Existence,"** filed July 10, 2000, and Plaintiff's **Motion of This Case Proceeding As a Mistrial**, filed July 24, 2000. In effect, the plaintiff is requesting in both motions that this Court consolidate this case with another case styled *Elhaj-Chehade v. University of Texas Southwestern Medical Center at Dallas*, Civ. A. No. 3:98-CV-1622-P, which is currently on appeal to the Fifth Circuit.* **See Pl.'s Mots. at 1.**

Except under limited circumstances not applicable here, when a case is appealed to the court of appeals, "[the] district court is divested of jurisdiction upon the filing of the notice of appeal with respect to any matters involved in the appeal." *Henry v. Indep. American Sav. Ass'n*, **857 F.2d 995, 997** (5th Cir. 1988)(citations omitted). This Court, therefore, has no jurisdiction over Civil Action No. 3:98-CV-1622-P such that it can be consolidated with the

---

* Prior to the appeal, the District Court consolidated Civil Action No. 3:98-CV-1622-P with a third case styled *Elhaj-Chehade v. University of Texas Soutwestern Medical Center at Dallas, et al.*, Civ. A. No. 3:99-CV-0455-L. **See Order, filed April 26, 1999.**



instant case. Furthermore, under Fed. R. Civ. P. 42(a), this Court may consolidate cases only if they involve common questions of law or fact and "are pending before the court." **Fed. R. Civ. P. 42(a).** Because Civil Action No. 3:98-CV-1622-P is not pending before this Court, it cannot be consolidated with this case. *See Ornelas v. Erapmus, Inc.*, **No. Civ. A. 3:98-CV-0966-H, 1999 WL 222353 at \*1 (N.D. Tex. Apr. 12, 1999)(Sanders, J.).** Accordingly, the plaintiff's motions are **DENIED.** Additionally, the plaintiff's request that this Court "dissolve the defendants operations and existence" is **DENIED** as frivolous.

SO ORDERED, September 12, 2000.

_____
JANE J. BOYLE
UNITED STATES MAGISTRATE JUDGE