

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 3:99-CV0680-BC |
| THE EDUCATIONAL COMMISSION FOR | § | |
| FOREIGN MEDICAL GRADUATES, a/k/a | § | |
| ECFMG or ECFMG/USMLE (Entities and | § | |
| Individuals), | § | |
| | § | |
| Defendants. | § | |

## ORDER ON DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER TO EXCUSE THE PARTIES FROM MEDIATION

On __16th October__, 2000, the Court considered Defendant Educational Commission For Foreign Medical Graduates Motion to Modify the Scheduling Order to Excuse the Parties from Mediation. After considering the Motion, the Response, and all other evidence on file, the Court finds that Defendant's motion is well taken and supported by the facts and evidence presented.

Therefore, the Court GRANTS Defendant Educational Commission For Foreign Medical Graduates Motion to Modify the Scheduling Order and the parties are not required to attend mediation in this case.

SIGNED on __10/16/__, 2000

_____
U.S. MAGISTRATE JUDGE



APPROVED & ENTRY REQUESTED:

Susan Abbott Schwartz
State Bar No. 00797900

K:\35200\01\pldgs\excuse mediation.ord.doc

2