IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken, it is ordered that the document be stricken from the Court's file. The Clerk is hereby directed to unfile and return this document to the party who filed it.

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**OCT 31 2000**
CLERK, U.S. DISTRICT COURT
By _____ Deputy

_10/31/00_  _____
DATE         JUDICIAL OFFICER

**ENTERED ON DOCKET**
**NOV - 1 2000**
U.S. DISTRICT CLERK'S OFFICE

---

## NOTICE OF DEFICIENCY

Judge: __Boyle__   Date: __10/24/00__

Case Number: __3:99-CV-0650-BC__   Plaintiff: __Jamal Llhaj-Chehade__

Deputy Clerk: _____   Telephone Number: _____

**\* \* \* \* \* \* \* \* \* \* \* \* \* \***

A(n) __Plaintiff's Response To Defendant's Response, Motion To Answer Out Of Time, Request To Appoint Counsel__

has been filed by __Plaintiff__ and is considered deficient in the areas(s) noted below

1. ____ A civil cover sheet must be filed with the complaint. See LR 3.1(c).
2. ____ The document(s) must be in proper form. See LR 10.1.
3. ____ The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11.
4. ____ A completed certificate of service as defined in F.R.C.P. 5(d) is required.
5. ____ Each separate document contained therein must be identified. See LR 5.1(c).
6. ____ The motion must include:
   a. ____ certificate of conference or inability to confer. See LR 7.1(b).
   b. ____ brief in support of motion. See LR 7.1(d) or LR 56.5(a).
   c. ____ proposed order. See LR 7.1(c).
   d. ____ documentary or non-documentary evidence in a separate appendix. See LR 7.1(i) or LR 56.6(a).
7. ____ A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit and an original and second copy of the proposed pleading that is neither attached to the motion nor made an exhibit to the motion. See LR 15.1
8. ____ A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record. See LR 40.1.
9. ____ An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee. See LR 83.9(b).
10. ____ Additional copies are required. See LR 5.1(b).
11. ____ The attorney filing the pleading is not admitted to practice in this district. See LR 83.7
12. __X__ Other __Document Filed Without Permission Of The Court__ __See L.R. 56.7, Request To Appoint Counsel Denied On 8/20/99__

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
UNFILED 2000
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS_DALLAS DIVISION

JAMAL ELHAJ-CHEHADE
    Plaintiff

vs.       3:99CV 680-D/BC

EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES ET Al.(ECFMG/USMLE
BOARD OF REGENT/TRUSTEES/DIRECTORS)
Abbreviated ECFMG  ( DEFENDANTS  ENTITIES
AND INDIVIDUALS)

---

    Plaintiff's response to defendants response. And plaintiff's motion to answer out of time pending the assignment of a counsel and the involvement of the US Gov't and IRS. And plaintiff urgent request to appoint a counsel.
                 October 14, 2000

Comes now on this date, the plaintiff is filing the requests as follow:
1- the plaintiff denies firmly that the evidences he submitted are to deceive the court.
2- The case is very simple in interpretation in that the ECFMG has a monopoly over the plaintiff's affairs and that the defendants deprived the plaintiff from access to use his credentials and the defendants have a long history of such abuses and the story speaks for itself . the case does not need any evidence to be proven( res ipsa loquitor)
3- The evidences submitted by the plaintiff are exchanged during the deposition the defendants took and requested. And they are admissible. Also evidences issued by the defendants or in cases in which the defendants do have the control over do not need any certification or authentication.and the plaintiff submitted evidences issued and published by the defendants.and therefore do not need be present or authentication.
4- The defendants are raising the issues of authentication, certification or hearsay. Under FRCP, the defendants must bear the cost of such burden and the plaintiff is demanding an emergency relief for such purpose. Furthermore, even without such evidences the plaintiff can prove his case because it speaks for itself. And defendants must comply with the rules that impose in the reduction in time and costs of litigations. The defendants demands simply are just a burden that do not add anything to justice but add in the burden of cost. Therefore the plaintiff is demanding that the defendants pay in advance to reproduce and resubmit the evidences the defendants did question. Also many of such evidences are issued by the defendants themselves and the plaintiff is demanding that the defendants supply the court with their directories and publications( 1997 ECFMG annual report and information booklets) the plaintiff does not need to produce all the pages only the excerpts and the plaintiff promised to produce the full publication or the originals upon a hearing. The plaintiff is not evading anything. And the plaintiff do certify that all the evidences he submitted in the past or will submit in the future are true and correct

1