IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) Civil No. 3:99-CV-0680-BC |
| | ) |
| EDUCATIONAL COMMISSION FOR | ) |
| FOREIGN MEDICAL GRADUATES, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is **Plaintiff's Motion to Reconsider (Court Permission to Resubmit What Was Stricken)**, filed November 17, 2000. After due consideration, the motion is DENIED.

SO ORDERED, December 5, 2000.

_____
JANE J. BOYLE
UNITED STATES MAGISTRATE JUDGE