IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 3:99-CV0680-BC |
| THE EDUCATIONAL COMMISSION FOR | § | |
| FOREIGN MEDICAL GRADUATES, a/k/a | § | |
| ECFMG or ECFMG/USMLE (Entities and | § | |
| Individuals), | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Court, pursuant to its Memorandum Opinion and Order dated January 4, 2001 and entered on January 5, 2001 hereby enters judgment in favor of Defendant and against Plaintiff on all of Plaintiff's claims asserted against Defendant. Further, pursuant to its Memorandum Opinion and Order dated January 4, 2001 and entered on January 5, 2001, Plaintiff's antitrust claims are hereby abandoned and dismissed.

Any relief not expressly granted herein is denied.

SIGNED this _10th_ day of _Jan._, 2001.

_____
JUDGE PRESIDING

1

APPROVED AND ENTRY REQUESTED:

By: _____
Susan Abbott Schwartz
State Bar No. 00797900

HENSLEE, FOWLER, HEPWORTH
& SCHWARTZ, L.L.P.
6688 N. Central Expressway, Suite 850
Dallas, Texas 75206-3913
(214) 219-8833
(214) 219-8866 – Fax

ATTORNEYS FOR DEFENDANT
THE EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL GRADUATES

K:\35200\01\pldgs\judgment.doc

2