ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 29 2001
CLERK, U.S. DISTRICT COURT
By _____
Deputy

ENTERED IN DOCKET
JAN 29 2001
U.S. DISTRICT CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS_DALLAS DIVISION

JAMAL ELHAJ-CHEHADE
Plaintiff

vs.                                                                3:99CV 680-D/BC

EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES ET Al.(ECFMG/USMLE
BOARD OF REGENT/TRUSTEES/DIRECTORS)
Abbreviated ECFMG    ( DEFENDANTS  ENTITIES
AND INDIVIDUALS)

1- Plaintiff's Notice Of Appeal of the Magistrate judge order and judgment.
2- Plaintiff's motion to leave the court to appeal at USCA-5 or (the alternative) and allow the appeal directed to the US Supreme Court directly.
3- Plaintiff's motion to consolidate this case with all the cases in which the plaintiff is involved in against UTSW that are now on appeal in the US Supreme court for trial de novo( Appellate/Supreme court).
4- Plaintiff motion to proceed in forma pauperis.
5- Plaintiff's motion to appoint a counsel( to be rules upon by the appellate court).

-----------------------------------------------------------------------------------------------

January 26th 2001

Comes now on this date, this is the plaintiff's notice of appeal in this case along with the listed motions.

**Jurisdiction:** lies in the federal Jurisdiction over federal and constitutional claims that involves federal related matters( US Constitution including but not limited to first, fourth, fifth, tenth, 14th, 13th and any other amendements. Various federal statutes. Treaties, compacts etc…, international and domestic affairs etc….
federal statutes and public laws and various judicial codes., federal laws of protections and civil rights as well as due process. Etc..

Reason for the motion of appeal preferentially in the US Supreme court:
This case is common and must be consolidated in the cases in which the plaintiff is involved in against UTSW et al that are now on appeal in the US Supreme court. Such appeal and consolidation will reduce enormously the cost of litigation and it will enhance the proper administration of justice because of shared evidences and wittnesses as prompted in the proper due process.
That the ECFMG and based on new evidences can qualify for state action. And that the new evidence extracted on January 6th 2001 clearly establish the ECFMG liabilities in these actions and that the **ECFMG continue to refuse to revalidate permanently the plaintiff Certificate as the plaintiff demanded** since January 11, 2001.a retrograde evidences that the ECFMG actions are deliberate ones and

1

malicious and that the courts must reconsider.deprivation of use, destrustion or seizure of properties.life, liberty and rights are highly penal ( see Vernon).
Reasons for the appeal: The courts did not give the plaintiff any meaningful access to the court and greatly ignored all the plaintiff' requests, denying him the due process being a pro-se and IFP. In fact there is a long history of such conduct by the USCA-5 and its lower courts regarding prose-and IFP litigants. And The plaintiff was also told of such things from various attorneys during the plaintiff failed attempts to seek a pro-BONO representation.
Such request for appeals in the US Supreme court must not be construed that the plaintiff waive his rights to do so at a later dates to other appellate courts if necessary
The plaintiff is demanding to proceed in forma pauperis as in all of his previous proceedings. And now the plaintiff is more indigent, unemployed for a long period of time and in debt for every friend and relative he has and soon to become a welfare recipient. The plaintiff is also a full time college student and he still have a long way to go( only69 credit hours GPA 4.0).and the plaintiff does not see any hope of improvement in the future unless the court takes a decision in his favor as to allow him to use his skills and properties.

Wherefore premises considered. The plaintiff prays that upon consideration of all the facts that this appeal be approved and consolidated with other cases against UTSW et al mentioned above. And that upon such consolidation the court allows for trial de novo against all parties with the use of all the witnesses and evidences and upon such trial a final judgment be in favor of the plaintiff against all the defendants and granting the plaintiff every relief he requested.
Powerful defendants must not wear the black robes.

**Certificate of Service and compliance**:
I, Dr Jamal Elhaj-chehade, do certify that a true copy of the foregoing has been sent to the defendants and several copies to the USCA-5 for the record and 10 copies along with detailed notice of appeal( directed to the US Supreme court) to the US Supreme court in Washington DC 20543-0001. and that the plaintiff certifies that he would comply with the rules of laws as long as he will not be a subject of harm due to unconstitutional conditions.and that the plaintiff will send the appropriate copy of the record to the appropriate court when asked.

Attached : a copy of the USDC Final judgment entered January 10th 2001 and received January 19th 2001.
Enclosed also a copy of the transcript order indicating no transcript necessary for appeal purpose).

Dr Jamal Elhaj-Chehade, appellant, pro-se IFP
5414 Cedar springs#806
Dallas, Texas 75235
Tel-214-521-7541.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. |
| § | 3:99-CV0680-BC |
| THE EDUCATIONAL COMMISSION FOR § | |
| FOREIGN MEDICAL GRADUATES, a/k/a § | |
| ECFMG or ECFMG/USMLE (Entities and § | |
| Individuals), § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Court, pursuant to its Memorandum Opinion and Order dated January 4, 2001 and entered on January 5, 2001 hereby enters judgment in favor of Defendant and against Plaintiff on all of Plaintiff's claims asserted against Defendant. Further, pursuant to its Memorandum Opinion and Order dated January 4, 2001 and entered on January 5, 2001, Plaintiff's antitrust claims are hereby abandoned and dismissed.

Any relief not expressly granted herein is denied.

SIGNED this 10th day of Jan, 2001.

JUDGE PRESIDING

1

**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

*1100 Commerce Room 14A20*
*Dallas, Texas 75242-1003*

January 29, 2001

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

SUBJECT: 3:99cv680-BC-D; Elhaj-Chehade v. ECFMG

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following documents are transmitted:

| | |
|---|---|
| __X__ | Certified copy of the notice of appeal and docket entries |
| ___ | Certified copy of the notice of cross-appeal and docket entries |
| ___ | Record on appeal consisting of volume(s) of the record; |
| ___ Volume(s) of the transcript | ___ Volume(s) of depositions. |
| ___ Container(s) of exhibits | ___ Folder(s) of State Court Papers |
| ___ Sealed documents | ___ Audio Visual Tapes |
| ___ | Supplemental record, including updated docket entries |
| ___ | Other: |

In regard to the notice of appeal, the following additional information is furnished:

| | |
|---|---|
| __X__ | The Court of Appeals docket fee has not been paid |
| ___ | This case is proceeding *in forma pauperis* |
| ___ | Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was paid on: |
| ___ | This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act. |
| __X__ | The presiding Judge is: Magistrate Judge Boyle |
| ___ | The court reporter assigned to this case is: |
| __X__ | This case was decided without a hearing, therefore there will be no transcript |
| ___ | UPS Tracking #: |

Sincerely,
KAREN MITCHELL
*Acting Clerk of Court*

By: _____
J. Ross
*Deputy Clerk*

Received By: _____

cc:   Attorneys of record