IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:99-CV-0680-BC |
| | ) |
| EDUCATIONAL COMMISSION FOR | ) |
| FOREIGN MEDICAL GRADUATES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court are the following motions: (1) Plaintiff's Motion to Leave the Court of Appeal at USCA-5 or (the Alternative) and Allow the Appeal Directed to the U.S. Supreme Court Directly; (2) Plaintiff's Motion to Consolidate this Case with All the Cases in which the Plaintiff is Involved in against UTSW that are Now on Appeal in the U.S. Supreme Court for Trial De Novo; (3) Plaintiff's Motion to Proceed In Forma Pauperis; and (4) Plaintiff's Motion to Appoint a Counsel. These motions were all filed on January 29, 2001, and appear at entry number 96 on the Court's docket sheet. Having reviewed the motions, the motions are **DENIED**.

SO ORDERED. May 3rd, 2001.

_____
JANE J. BOYLE
UNITED STATES MAGISTRATE JUDGE