ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 1 0 2001

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

**In the United States District Court for the Northern District Of Texas**
**Clerk, 1100 Commerce #14th Floor. Dallas Texas, 75243**

Jamal Elhaj_Chehade
      Plaintiff

Vs.                                                    3:99CV-680-D/BC

ECFMG et al.
      CO-defendants
-------------------------------------------------------------------------------------------------

**Plaintiff's Comments to the USDC recent orders and confirmation for motions for mistrial**
**May 10, 2001**

**Comes now on this date, May 10th 2001. The plaintiff is filing his preliminary reply to the court conduct and orders as follow:**

1- the plaintiff Stands firm in his motions for mistrial in both all proceedings against UTSW and ECFMG for which the ECFMG is a part.

2- The plaintiff without waiving his rights to answer item by item the USDC magistrate Judge Order on January 2001, affirms that the order and all the orders of USDC and USCA-5 are unconstitutional and done under the influence.

3- The ECFMG and UTSW are Co-partners and belong to the same compact clauses and that an action by one is also an action by the other.

4- There is de facto contact between the plaintiff and the ECFMG , the latter being assigned to run and handle the affairs of the group the plaintiff belongs to. And that the ECFMG failed to preform clearly in 1997 and 1998 and so on to fully fullfil its obligations and one such obligation is that the ECFMG was created for the purpose of integrating the plaintiff group in the US mainstream and that the ECFMG must use a minimum of Sixty percent of its resources for such purpose and that the ECFMG failed to deliver that obligation and left the plaintiff in disadvantage. In fact the ECFMG spends more on perks and salaries for its executives.

5- The USDC court completely ignored important facts of the pattern of the ECFMG behavior and history and this must be used in most favorable form to the plaintiff(FRCP of evidences).

6- All the lower courts decisions are null and void, as they were issued without the consultation of the USSP opinion and there were recent opinions that were never considered as required under rule 11 of USSP. Plain facts that the USDC orders were influenced by the defendants lobbying.

7- The plaintiff must be allowed a hearing with evidences and wittnesses presented along with having the plaintiff perform live demonstration and presentation inside the courtroom and in front of judges panel and jury and the public ( the public must have a say in this) and only then a judgement can be entered.

8- The licenses and examinations are politically motivated, unconstitutional, Expost facto and double jeopardy and the ECFMG serve no purpose.

99

9- The plaintiff is demanding a copy of the defendants income tax return for the year 1994, 1995 and the year 2000. And the plaintiff is also demanding a copy of the ECFMG initial application with the IRS of the year 1957.

10- The plaintiff is now a CEO being the founder of the new" WE the People 2003" that is aimed at fighting corruption and preserving and protecting the US Constitution and standing for what the US really Stands for in Freedom, Liberty and the pursuit of Happiness. And since this court offered Dr Nancy Gary of the ECFMG Extra-protection of the Law being a CEO. The plaintiff is also a CEO and he is entitled similar and equal protection under the laws.

11- The plaintiff is determined to fight tyranny and abuse and will stand firm in his positions even if this mean going to Jail.and the plaintiff reaffirms he has 100% prevailing case against each defendant.


Certificate of Service: this should serve as notice that the plaintiff sent a copy of this foregoing document to the defendants attorney MRS Susan Schwartz via USPS first class on the same day submitted to this court.

AS is: Dr Jamal Elhaj_chehade, pro-se, IFP and founder of "we the people 2003"
5414 Cedar Springs#806, Dallas Texas 75235.

2