U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 11 2001

CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case. The Clerk is hereby directed to unfile and return this document to the party who filed it.

_____5-11-01_____                    _____Jane J. Boyle_____
DATE                                  JUDICIAL OFFICER

ENTERED
MAY 14 2001
U.S.D.C.

---

## NOTICE OF DEFICIENCY

Judge: **Boyle**                          Date: **5·11·01**
Case Number: **3:99-CV-680-BG**   Plaintiff: **Jamal Elhaj-Chehade**
Deputy Clerk: **Lisa Martin**     Telephone Number: **214·753·2167**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A(n) **Comments to USDC recent orders** has been filed by **Plaintiff** and is considered deficient in the areas(s) noted below:

|     |     |     |
| --- | --- | --- |
| _____ | 1.  | A civil cover sheet must be filed with the complaint. See LR 3.1(c). |
| _____ | 2.  | The document(s) must be in proper form. See LR 10.1. |
| _____ | 3.  | The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11. |
| _____ | 4.  | A completed certificate of service as defined in F.R.C.P. 5(d) is required. |
| _____ | 5.  | Each separate document contained therein must be identified. See LR 5.1(c). |
| _____ | 6   | The motion must include: |
|     | a.  _____ | certificate of conference or inability to confer. See LR 7.1(b). |
|     | b.  _____ | brief in support of motion. See LR 7.1(d) or LR 56.5(a). |
|     | c.  _____ | proposed order. See LR 7.1(c). |
|     | d.  _____ | documentary or non-documentary evidence in a separate appendix. See LR 7.1(i) or LR 56.6(a). |
| _____ | 7.  | A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit and an original and second copy of the proposed pleading that is neither attached to the motion nor made an exhibit to the motion. See LR 15.1. |
| _____ | 8.  | A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record. See LR 40.1. |
| _____ | 9.  | An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee. See LR 83.9(b). *or allowed* |
| _____ | 10. | Additional copies are required. See LR 5.1(b). |
| _____ | 11. | The attorney filing the pleading is not admitted to practice in this district. See LR 83.7. |
| ✓  | 12. | Other **Not a pleading recognized by the federal or local rules** |

100

In the United States District Court for the Northern District of Texas
Clerk,1100 Commerce #14th Floor. Dallas Texas, 75243 CLERK U.S. DISTRICT COURT

**Jamal Elhaj_Chehade**
      Plaintiff
Vs.                                                  3:99CV-680-D/BC

**ECFMG et al.**
      CO-defendants

-----------------------------------------------------------------------------------------------

      Plaintiff's Comments to the USDC recent orders and confirmation for motions for mistrial
                May 10, 2001

Comes now on this date, May 10th 2001. The plaintiff is filing his preliminary reply to the court conduct and orders as follow:

1- the plaintiff Stands firm in his motions for mistrial in both all proceedings against UTSW and ECFMG for which the ECFMG is a part.
2- The plaintiff without waiving his rights to answer item by item the USDC magistrate Judge Order on January 2001, affirms that the order and all the orders of USDC and USCA-5 are unconstitutional and done under the influence.
3- The ECFMG and UTSW are Co-partners and belong to the same compact clauses and that an action by one is also an action by the other.
4- There is de facto contact between the plaintiff and the ECFMG , the latter being assigned to run and handle the affairs of the group the plaintiff belongs to. And that the ECFMG failed to preform clearly in 1997 and 1998 and so on to fully fullfil its obligations and one such obligation is that the ECFMG was created for the purpose of integrating the plaintiff group in the US mainstream and that the ECFMG must use a minimum of Sixty percent of its resources for such purpose and that the ECFMG failed to deliver that obligation and left the plaintiff in disadvantage. In fact the ECFMG spends more on perks and salaries for its executives.
5- The USDC court completely ignored important facts of the pattern of the ECFMG behavior and history and this must be used in most favorable form to the plaintiff(FRCP of evidences).
6- All the lower courts decisions are null and void, as they were issued without the consultation of the USSP opinion and there were recent opinions that were never considered as required under rule 11 of USSP. Plain facts that the USDC orders were influenced by the defendants lobbying.
7- The plaintiff must be allowed a hearing with evidences and wittnesses presented along with having the plaintiff perform live demonstration and presentation inside the courtroom and in front of judges panel and jury and the public ( the public must have a say in this) and only then a judgement can be entered.
8- The licenses and examinations are politically motivated, unconstitutional, Expost facto and double jeopardy and the ECFMG serve no purpose.

1