IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV - 7 2001

CLERK, U.S. DISTRICT COURT
By _____
Deputy

ENTERED
NOV-7 2001
U.S.D.C.

JAMAL ELHAJ-CHEHADE,               )
                                   )
             Plaintiff,            )
                                   )
v.                                 )   Civil Action No. 3:99-CV-680-BC
                                   )
THE EDUCATIONAL COMMISSION FOR     )
FOREIGN MEDICAL GRADUATES a/k/a    )
ECFMG or ECFMG/USMLE (Entities and )
Individuals),                      )
                                   )
             Defendants.           )

## ORDER

Before the Court is **Plaintiff's Motion to Reopen this Case**, filed October 22, 2001.  After

due consideration, the motion is **DENIED**.

SO ORDERED. November  **7** ᵗʰ, 2001.

JANE J. BOYLE
UNITED STATES MAGISTRATE JUDGE

103