IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



UNITED STATES COURT OF APPEALS
FILED

DEC 12 2001

CHARLES R. FULBRUGE III
CLERK

No. 01-10147
Conference Calendar

JAMAL ELHAJ-CHEHADE,

Plaintiff-Appellant,

versus

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

Defendant-Appellee.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 19 2002

CLERK, U.S. DISTRICT COURT

Deputy

------------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CV-680-BC-D
------------------------

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

Jamal Elhaj-Chehade filed a civil complaint against the
Educational Commission for Foreign Medical Graduates (ECFMG)
alleging ten separate causes of action ranging from negligence to
slavery.  Summary judgment was entered in favor of ECFMG.  Elhaj-
Chehade has filed a motion in this court seeking leave to proceed
IFP on appeal.

Elhaj-Chehade's financial affidavit establishes that he is
unable to pay the costs of his appeal without undue hardship or
deprivation of life's necessities.  Adkins v. E.I. Du Pont de

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

/04

-2-

<u>Nemours & Co.</u>, 335 U.S. 331, 339 (1948). However, Elhaj-Chehade's general complaint that he is entitled to present his claims at trial, absent any specific assertion of error in the granting of summary judgment, is not sufficient to establish a nonfrivolous ground for appeal. <u>See</u> <u>Carson v. Polley</u>, 689 F.2d 562, 586 (5th Cir. 1982); 28 U.S.C. § 1915(a)(3). His IFP motion is DENIED. All of Elhaj-Chehade's remaining outstanding motions are also DENIED.

As the appeal contains no nonfrivolous issues, it is DISMISSED. <u>Howard v. King</u>, 707 F.2d 215, 220 (5th Cir. 1983); 5th Cir. R. 42.2.

MOTIONS DENIED; APPEAL DISMISSED.