

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
DEC 1 2 2001
CHARLES R. FULBRUGE III
CLERK

No. 01-10147
Conference Calendar

D.C. Docket No. 3:99-CV-680-BC-D

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TE
**FILED**
FEB 1 9 2002
CLERK, U.S. DISTRICT COURT
By _____ Deputy

JAMAL ELHAJ-CHEHADE

    Plaintiff - Appellant

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Dallas.

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: FEB 1 4 2002

FEB 1 4 2002

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

February 14, 2002

Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Room 14A20
Dallas, TX 75242



No. 01-10147 Elhaj-Chehade v. Educ Cmsn For Foreig
USDC No. 3:99-CV-680-BC-D

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 3 ) Volumes    (   ) Envelopes    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
John Alwert, Deputy Clerk
504-310-7676

cc: (letter only)
    Honorable Jane J Boyle
    Mr Jamal Elhaj-Chehade
    Ms Susan Abbott Schwartz

MDT-1