IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:99-CV-680-BC |
| ) | |
| THE EDUCATIONAL COMMISSION FOR ) | |
| FOREIGN MEDICAL GRADUATES a/k/a ) | |
| ECFMG or ECFMG/USMLE (Entities and ) | |
| Individuals), ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is **Plaintiff's Motion to Leave for Relief from Final Order/Judgment/ and Motion to Reopen this Case**, filed April 2, 2002. After due consideration, the motion is **DENIED**.

SO ORDERED. April 3rd, 2002.

JANE J. BOYLE
UNITED STATES MAGISTRATE JUDGE