

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, § § Plaintiff, § § VS. § § THE EDUCATIONAL COMMISSION § FOR FOREIGN MEDICAL GRADUATES, § a/k/a ECFMG or ECFMG/USMLE § (entities or individuals), § § Defendants. § | Civil Action No. 3:99-CV-0680-BC |

### ORDER

The June 3, 2002 motion of plaintiff Jamal Elhaj-Chehade ("Elhaj-Chehade") for leave to proceed *in forma pauperis* is denied.

First, Elhaj-Chehade has not presented evidence that he is financially unable to pay the appellate filing fee or costs of appeal.

Second, pursuant to Fed. R. App. P. 24(a)(3), the court certifies that the appeal is not taken in good faith. Based on the Fifth Circuit's dismissal as frivolous of Elhaj-Chehade's prior appeal, *see Elhaj-Chehade v. Educ. Comm'n for Foreign Med. Graduates*, No. 01-10147 (5th Cir. Dec. 12, 2001) (per curiam), and for the reasons stated in this court's May 29, 2001 order, the court holds that the appeal presents no legal points of arguable merit and is therefore frivolous.

To the extent Elhaj-Chehade seeks any other relief by his June 3, 2002 motion, it is also denied. None of the allegations he advances is supported by evidence or sworn allegations. Nor will the court reconsider its May 29, 2001 order.

115

The June 3, 2002 motion is in all respects denied.

**SO ORDERED**.

June   4  , 2002.

                                          SIDNEY A. FITZWATER
                                          UNITED STATES DISTRICT JUDGE