IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:99-CV-0680-BC |
| VS. | § | |
| | § | |
| THE EDUCATIONAL COMMISSION | § | |
| FOR FOREIGN MEDICAL GRADUATES, | § | |
| a/k/a ECFMG or ECFMG/USMLE | § | |
| (entities or individuals), | § | |
| | § | |
| Defendants. | § | |

### ORDER

Treating plaintiff Jamal Elhaj-Chehade's June 10, 2002 "response to the court and its orders" as a motion for reconsideration, the motion is denied.

**SO ORDERED**.

June  11 , 2002.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE